**Order entered August 1, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00027-CV

## IN THE ESTATE OF BASKIN CULPEPPER, DECEDENT

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-01307-2**

## ORDER

We **ORDER** appellant's amended brief received on June 13, 2022 filed as of the date of this order. Appellee's brief is due **THIRTY DAYS** from the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE